UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PNC BANK, N.A.,

                Plaintiff,

-vs-                                             Case No. 6:13-cv-1703-Orl-28DAB

ADVANTAGE BOAT REPAIR, INC.,
ADVANTAGE BOAT REPAIR &
INTERIORS, INC. and DANIEL JENKINS,

                Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment against Defendants (Doc. No. 18) filed January 14, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the findings and conclusions in the Report and Recommendation, though the Court has made its own updated interest calculation through the date of this Order. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 19, 2014 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order with the exception of the calculation of interest in the Report.

    2.    Plaintiff's Motion for Default Judgment against Defendants (Doc. No. 18) is **GRANTED**. Final Default Judgment is to be entered contemporaneously with this Order in favor of PNC Bank, N.A., and against Defendants Advantage Boat Repair, Inc., Advantage

Boat Repair & Interiors, Inc., and Daniel Jenkins, on all three Counts of the Verified Complaint.

3. The Final Default Judgment includes an award of attorney's fees of $2,592.00 and costs in the amount of $1,094.01 to PNC Bank, N.A.

4. After entry of the Final Default Judgment, the Clerk is directed to close this file. The Court retains jurisdiction to enter further orders that are proper including, but not limited to, confirmation of the sale of the property.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 10, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party